Bennie RICKS, Appellant,

v.

SPIRTAS WRECKING
COMPANY, Respondent.

No. 56337.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 14, 1989.

Keith Gray, St. Louis, for appellant.

Gilbert D. Connor, St. Louis, for respondent.

## ORDER

PER CURIAM.

Appellant, Bennie Ricks, appeals an order of the Labor and Industrial Relations Commission finding that he sustained five percent permanent partial disability. The order is supported by competent and substantial evidence on the whole record and an opinion would have no precedential value. Affirmed. 84.16(b).